# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 22, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

137972-3

BURKHART ASSOCIATES, INC.,
        Plaintiff/Counter-Defendant-
        Appellee,

v

DONALD R. NOWAKOWSKI,
        Defendant/Counter-Plaintiff-
        Appellant.

SC: 137972
COA: 277744
Oakland CC: 2006-074044-CK

_____/

DONALD R. NOWAKOWSKI,
        Plaintiff-Appellant,

v

BURKHART ASSOCIATES, INC.,
        Defendant-Appellee.

SC: 137973
COA: 279402
Oakland CC: 2006-078176-CK

_____/

On order of the Court, the application for leave to appeal the September 25, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

KELLY, C.J., and HATHAWAY, J., would grant leave to appeal.



s0415

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 22, 2009

_____
Clerk